KESSENICK GAMMA & FREE, LLP
JAMES MAXWELL COOPER (State Bar No. 284054)
mcooper@kgf-lawfirm.com
MICHAEL A. GAWLEY (State Bar No. 294190)
mgawley@kgf-lawfirm.com
44 Montgomery Street, Suite 3880
San Francisco, California 94104
Telephone:  415.362.9400
Facsimile:  415.362.9401

Attorneys for Defendant
INDEPENDENT PHYSICIAN
ASSOCIATES MEDICAL GROUP, INC.,
dba ALLCARE IPA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY MEDICAL GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INDEPENDENT PHYSICIAN ASSOCIATES MEDICAL GROUP, INC., dba ALLCARE IPA, DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. <br><br> **DEFENDANT INDEPENDENT PHYSICIAN ASSOCIATES MEDICAL GROUP, INC., dba ALLCARE IPA's CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** |

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant INDEPENDENT PHYSICIAN ASSOCIATES MEDICAL GROUP, INC., dba ALLCARE IPA ("Defendant") submits this Corporate Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1, which requires a nongovernmental corporate party to an action in a district court to file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

Defendant has no parent corporation and no publicly held corporation owns 10% or more of Defendant's stock.

Dated: March 27, 2019

KESSENICK, GAMMA & FREE, LLP

J. Maxwell Cooper
Attorneys for Defendant